| Fill in this information to identify the case: | |
|---|---|
| United States Bankruptcy Court for the: | |
| MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION | |
| Case number *(if known)* | Chapter 11 |

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **PrimeCare, LLC** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **20-3851258** |
| 4. | **Debtor's address** | **Principal place of business**<br>**5400 Pinehurst Dr.**<br>**Spring Hill, FL 34606**<br>Number, Street, City, State & ZIP Code<br>**Hernando**<br>County<br><br>**Mailing address, if different from principal place of business**<br>**14690 Spring Hill Dr., #100**<br>**Spring Hill, FL 34609**<br>P.O. Box, Number, Street, City, State & ZIP Code<br>**Location of principal assets, if different from principal place of business**<br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: |

Debtor **PrimeCare, LLC** Case number (*if known*) ____________
Name

**7. Describe debtor's business**

A. *Check one:*

☒ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
- ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
- ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
- ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
- ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District ____________ When ____________ Case number ____________
District ____________ When ____________ Case number ____________

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

Debtor **PrimeCare, LLC** Case number (*if known*) ______
Name

List all cases. If more than 1, attach a separate list

Debtor **See attached** Relationship ______

District ______ When ______ Case number, if known ______

---

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? ______

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other ______

**Where is the property?** ______

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency ______

Contact name ______

Phone ______

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ■ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ■ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **PrimeCare, LLC**
Name

Case number (*if known*) ______

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 10/11/2026
MM / DD / YYYY

**X** ______
Signature of authorized representative of debtor

**Pariksith Singh**
Printed name

Title **Chief Executive Officer**

**18. Signature of attorney**

**X** /s/ Harley E. Riedel
Signature of attorney for debtor

Date 10/11/2026
MM / DD / YYYY

**Harley E. Riedel**
Printed name

**Stichter, Riedel, Blain & Postler, P.A.**
Firm name

**110 E. Madison St.**
**Suite 200**
**Tampa, FL 33602**
Number, Street, City, State & ZIP Code

Contact phone **(813) 229-0144**

Email address **hriedel@srbp.com**

**183628 FL**
Bar number and State

Related Entities

| Entity Name | Relationship | Date Filed | District |
|---|---|---|---|
| Mirra-Access Holdings, LLC | Affiliate | October 11, 2026 | Middle District of Florida, Tampa Division |
| Mirra-PrimeAccess Holdings LLC | Affiliate | October 11, 2026 | Middle District of Florida, Tampa Division |
| Access 2 Health Care Physicians, LLC | Affiliate | October 11, 2026 | Middle District of Florida, Tampa Division |
| Access Community Care Center, Inc. | Affiliate | October 11, 2026 | Middle District of Florida, Tampa Division |
| Access Health Care Physicians, LLC | Affiliate | October 11, 2026 | Middle District of Florida, Tampa Division |
| Access Healthcare of Tampa Bay, LLC | Affiliate | October 11, 2026 | Middle District of Florida, Tampa Division |
| Access High Point, LLC | Affiliate | October 11, 2026 | Middle District of Florida, Tampa Division |
| Access Laboratories, LLC | Affiliate | October 11, 2026 | Middle District of Florida, Tampa Division |
| Access Lakeshore, LLC | Affiliate | October 11, 2026 | Middle District of Florida, Tampa Division |
| Access Lecanto, LLC | Affiliate | October 11, 2026 | Middle District of Florida, Tampa Division |
| Access Management Co., LLC | Affiliate | October 11, 2026 | Middle District of Florida, Tampa Division |
| Access Pinehurst, LLC | Affiliate | October 11, 2026 | Middle District of Florida, Tampa Division |
| Access Real Estate Holdings, LLC | Affiliate | October 11, 2026 | Middle District of Florida, Tampa Division |
| Access Walk-In and Injury Center, LLC | Affiliate | October 11, 2026 | Middle District of Florida, Tampa Division |
| Ace Leasing II, LLC | Affiliate | October 11, 2026 | Middle District of Florida, Tampa Division |
| Brooksville Rehab 2000, Inc. | Affiliate | October 11, 2026 | Middle District of Florida, Tampa Division |
| Credaxis, LLC | Affiliate | October 11, 2026 | Middle District of Florida, Tampa Division |
| Edutainment Exchange, LLC | Affiliate | October 11, 2026 | Middle District of Florida, Tampa Division |
| Edutainment Studios, LLC | Affiliate | October 11, 2026 | Middle District of Florida, Tampa Division |
| Eminence Health Care, LLC | Affiliate | October 11, 2026 | Middle District of Florida, Tampa Division |
| Integral Healthcare LLC | Affiliate | October 11, 2026 | Middle District of Florida, Tampa Division |
| Mirra Health Care, LLC | Affiliate | October 11, 2026 | Middle District of Florida, Tampa Division |
| PrimeCare, LLC | Affiliate | October 11, 2026 | Middle District of Florida, Tampa Division |
| Qualcare Medical Centers, LLC | Affiliate | October 11, 2026 | Middle District of Florida, Tampa Division |
| Qualcare Medical, LLC | Affiliate | October 11, 2026 | Middle District of Florida, Tampa Division |
| Spring Hill Imaging, LLC | Affiliate | October 11, 2026 | Middle District of Florida, Tampa Division |
| Sri Mirra, LLC | Affiliate | October 11, 2026 | Middle District of Florida, Tampa Division |
| Unity Healthcare, LLC | Affiliate | October 11, 2026 | Middle District of Florida, Tampa Division |

BSP Agency, LLC, as Collateral Agent
9 West 57th St., Suite 4920
New York, NY 10019